IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bell, Michael H | Case Number: 07 B 19060 |
| | Judge: Squires, John H |
| Printed: 03/17/09 | Filed: 10/16/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  February 4, 2009
Confirmed:  February 13, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,050.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 984.90 |
| Trustee Fee: | | 65.10 |
| Other Funds: | | 0.00 |
| Totals: | 1,050.00 | 1,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,493.00 | 984.90 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Illinois Dept of Revenue | Priority | 261.09 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 307.02 | 0.00 |
| 5. | Monterey Financial Services | Unsecured | 550.72 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 320.92 | 0.00 |
| 7. | Chicago Central | Unsecured | 235.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 509.91 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 52.80 | 0.00 |
| 10. | Cavalry Portfolio Services | Unsecured | 834.23 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 300.00 | 0.00 |
| 12. | Credit Acceptance Corp | Unsecured | 13,110.42 | 0.00 |
| 13. | National Capital Management | Unsecured | 748.96 | 0.00 |
| 14. | Overland Bond & Investment Corp | Secured | | No Claim Filed |
| 15. | Candace Jackson | Priority | | No Claim Filed |
| 16. | Overland Bond & Investment Corp | Unsecured | | No Claim Filed |
| 17. | Credit Management Co. | Unsecured | | No Claim Filed |
| 18. | ER Solutions | Unsecured | | No Claim Filed |
| 19. | Mercy Hospital | Unsecured | | No Claim Filed |
| 20. | Mercy Physician Billing | Unsecured | | No Claim Filed |
| 21. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 20,724.07 | $ 984.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bell, Michael H

Printed: 03/17/09

Case Number: 07 B 19060
Judge: Squires, John H
Filed: 10/16/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 16.20 |
| 6.5% | 39.00 |
| 6.6% | 9.90 |
|  | $ 65.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*